FILED

2017 Sep-01  PM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN HENRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:16-cv-00511-SGC |
| WELLS REMODELING, LLC | ) | |
| d/b/a ALABAMA REBATH, | ) | |
| and ANDREW WELLS, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT

Defendants Wells Remodeling, LLC d/b/a Alabama ReBath and Andrew Wells, by and through their counsel of record, and pursuant to Fed. R. Civ. P. 56, hereby moves this Court to enter summary judgment on Plaintiff John Henry's remaining Fair Labor Standards Act wage and hour and retaliation claims. As grounds for said motion, Defendants state that there is no dispute of material facts and that they are entitled to summary judgment as a matter of law.

/s/ N. DeWayne Pope
N. DeWayne Pope
DEWAYNE POPE, LLC
The Landmark Building
2100 First Avenue North, Suite 600
Birmingham, Alabama 35203
Tel: (205) 328-9445
dewayne@dewaynepopellc.com
Attorney for Defendants

1

## CERTIFICATE OF SERVICE

I certify that on September 1, 2017, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record via the court's electronic filing system, including the following:

Heather Leonard
Heather Leonard, PC
2105 Devereux Circle, Suite 111
Birmingham, Alabama 35243

/s/ N. DeWayne Pope
OF COUNSEL

2